UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEFINA VANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:21-cv-00428-GSA<br><br>**ORDER FOR PLAINTIFF TO SHOW CAUSE REGARDING CONFIDENTIAL LETTER BRIEF** |

Pursuant to the scheduling order:

> Within thirty (30) days after service of the administrative record, appellant shall serve on respondent a letter brief outlining the reasons why he/she contends that a remand is warranted. The letter brief shall succinctly set forth the relevant issues and reasons for the remand. The letter brief itself shall NOT be filed with the court and it shall be marked "confidential." A separate proof of service reflecting that the letter brief was served on respondent shall be filed with the court.

Doc. 5-1 at 2. The administrative record was filed and electrically served on August 30, 2021, making Plaintiff's confidential letter brief due on September 29, 2021.

Accordingly, Plaintiff is **ORDERED** to show cause within 10 days of the entry of this order why the confidential letter brief was not served on Defendant.

Alternatively, Plaintiff may serve the confidential letter brief on Defendant within 10 days of the entry of this order and file a proof of serve with the Court.

IT IS SO ORDERED.

　Dated:　**October 1, 2021**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1